1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Sanchez-Hernandez

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )   Case No. 08mj0741
                                   )
12            Plaintiff,           )
                                   )
13  v.                             )
                                   )   **NOTICE OF APPEARANCE**
14  **MARCO A. SANCHEZ-HERNANDEZ,** )
                                   )
15            Defendant.           )
                                   )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: March 19, 2008          s/ *Michelle Betancourt*
                               **MICHELLE BETANCOURT**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant
                               michelle_betancourt@fd.org