1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Mr. Sanchez-Hernandez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   CASE NO. 08mj0741
                                       )
12                Plaintiff,           )
                                       )
13 v.                                  )
                                       )   **NOTICE OF WITHDRAWAL**
14 MARCO  ANTONIO  SANCHEZ-            )
   HERNANDEZ,                          )
15                                     )
                  Defendant.           )
16

17         Notice is hereby given by Michelle Betancourt, Federal Defenders of San Diego, Inc., that

18 the following document is withdrawn from the record in the above-captioned case to correct a administrative

19 error in filing:

20         Document:              *NOTICE OF APPEARANCE*

21         File Date:             March 19, 2008

22         Docket #:              5

23                                Respectfully submitted,

24
   Dated: March 19, 2008           *s/ Michelle Betancourt*
25                                MICHELLE BETANCOURT
                                  Federal Defenders of San Diego, Inc.
26                                Attorneys for Defendant
                                  michelle_betancourt@fd.org

**CERTIFICATE OF SERVICE**

1 

2 Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3 and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4     Courtesy Copy to Chambers

5     Copy to Assistant U.S. Attorney via ECF NEF

7 Dated: March 19, 2008                       /s/ TIMOTHY R. GARRISON
                                                     Federal Defenders of San Diego, Inc.
                                                       225 Broadway, Suite 900
                                                     San Diego, CA 92101-5030
                                                     (619) 234-8467 (tel)
                                                     (619) 687-2666 (fax)
                                                     timothy_tarrison@fd.org (email)